MAE REIBSOME, Respondent, v. ROBERT METTLER, Defendant, Impleaded with DOMINICK LUCIDI and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers by July first, printed briefs by August first, and shall be ready to argue the appeal at the opening of the September term, and shall pay to respondent's attorney ten dollars. This court holds that on the present record the defendant Mettler is not a party to this appeal. (*McCarthy* v. *Western Union Telegraph Co.*, 148 App. Div. 936; *Rosebrock* v. *General Electric Co.*, 204 id. 854.) Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JAMES O. SEBRING, Respondent, v. GEORGE R. GRAVES and Others, Appellants. — Appeal dismissed unless appellants shall file and serve printed papers by August first, printed briefs by August fifteenth, and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of JAMES GILCHRIST, an Attorney and Counselor at Law.— Application granted, and the said James Gilchrist is restored to practice as an attorney and counselor at law. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Appointment of a Trustee of the City and County Hall for the Use of the City of Buffalo and the County of Erie, in Place of WADSWORTH J. ZITTEL, Resigned.— Paul E. Streich, a Republican, residing at Buffalo, is appointed a trustee of the City and County Hall for the use of the city of Buffalo and the county of Erie, for a term of six years, to succeed Wadsworth J. Zittel, resigned. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES R. McCARTHY, Respondent, v. EMMA O'DELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PENNSYLVANIA RAILROAD COMPANY, Respondent, v. BARNEY BERMAN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LIZZIE STEININGER, Appellant.— Judgment of conviction affirmed. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

FANNIE MULLER, Respondent, v. BERNERD MOORHEAD and Others, Appellants. — Judgment affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

HARRIET L. SEARCH, Appellant, v. IMMANUEL BAPTIST CHURCH, Respondent.— Judgment affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

MICHAEL OLEK, Respondent, v. ANTHONY SZELAGOWSKI and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.